<HELP> for explanation.                                                         P060 Equity **HP**

## Comp/CLOSE/PRICE

BIOPURE CORP                    (BPUR    US)        PRICE 1.79        Q    $    DELAYED
                                                                    HI  2.61       ON 12/30/03
Range 12/26/03  to  3/ 1/04     Period D Daily      AVE 2.0295            VL 1104555
                         USD    Market U Trade      LOW 1.36              ON  2/24/04

Page 1 / 2

|   | DATE  | PRICE | VOLUME  |   | DATE | PRICE | VOLUME  |   | DATE | PRICE | VOLUME  |
|---|-------|-------|---------|---|------|-------|---------|---|------|-------|---------|
| F |       |       |         | F | 2/13 | 2.12  | 1085488 | F | 1/23 | 2.09  |  543610 |
| T |       |       |         | T | 2/12 | 2.06  | 1017778 | T | 1/22 | 2.06  |  738922 |
| W |       |       |         | W | 2/11 | 1.93  |  441975 | W | 1/21 | 2.22  |  578078 |
| T |       |       |         | T | 2/10 | 1.87  |  510192 | T | 1/20 | 2.23  | 1657382 |
| M | 3/ 1  | 1.79  |  406200 | M | 2/ 9 | 1.86  |  322993 | M | 1/19 |       |         |
| F | 2/27  | 1.78  | 1205734 | F | 2/ 6 | 1.93  |  347555 | F | 1/16 | 2.02  |  825830 |
| T | 2/26  | 1.59  | 1088220 | T | 2/ 5 | 1.88  |  225317 | T | 1/15 | 1.99  | 1374840 |
| W | 2/25  | 1.42  | 1299687 | W | 2/ 4 | 1.86  |  470128 | W | 1/14 | 1.88  |  973847 |
| T | 2/24  | L1.36 | 3513561 | T | 2/ 3 | 1.93  |  411181 | T | 1/13 | 1.91  | 2670596 |
| M | 2/23  | 1.62  | 1060401 | M | 2/ 2 | 1.85  |  485001 | M | 1/12 | 2.06  | 1777921 |
| F | 2/20  | 1.78  | 1578405 | F | 1/30 | 1.86  | 1465165 | F | 1/ 9 | 2.23  |  800781 |
| T | 2/19  | 1.95  |  491905 | T | 1/29 | 2.03  |  468694 | T | 1/ 8 | 2.26  | 2082591 |
| W | 2/18  | 1.96  |  464825 | W | 1/28 | 2.06  |  497823 | W | 1/ 7 | 2.38  |  533320 |
| T | 2/17  | 2.05  |  431694 | T | 1/27 | 2.129 |  331904 | T | 1/ 6 | 2.44  |  661816 |
| M | 2/16  |       |         | M | 1/26 | 2.16  |  423139 | M | 1/ 5 | 2.47  |  666902 |

Australia 61 2 9777 8600       Brazil 5511 3048 4500       Europe 44 20 7330 7500       Germany 49 69 920410
Hong Kong 852 2977 6000  Japan 81 3 3201 8900  Singapore 65 6212 1000  U.S. 1 212 318 2000  Copyright 2004 Bloomberg L.P.
                                                                                         G689-429-0 01-Mar-04 10:51:24