UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

CAROLYN GREENE, On Behalf of Herself and All Others Similarly Situated,

    Plaintiff,

v.

BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH and RONALD F. RICHARDS,

    Defendants.

---

CIVIL ACTION NO. 1:03-cv-12628-NG

[Additional Captions Below]

**MOTION FOR CONSOLIDATION OF THE RELATED CASES, APPOINTMENT OF BILL MCCARDIE AND VINCENT RICCIO AS LEAD PLAINTIFFS, AND FOR APPROVAL OF THEIR SELECTION OF LEAD COUNSEL**

00001843.WPD ; 1

| | |
|---|---|
| JOHN G. ESPOSITO, JR., On Behalf of Himself and All Others Similarly Situated, <br><br>               Plaintiff, <br><br>       v. <br><br> BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH and RONALD F. RICHARDS, <br><br>               Defendants. | **CIVIL ACTION NO. 1:04-cv-10013-NG** |
| JOSEPH L. KING, On Behalf of Himself and All Others Similarly Situated, <br><br>              Plaintiff, <br><br>       v. <br><br> BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH and RONALD F. RICHARDS, <br><br>               Defendants. | **CIVIL ACTION NO. 1:04-cv-10038-NG** |
| MICHAEL E. CRIDEN, Individually and On Behalf of All Others Similarly Situated, <br><br>               Plaintiff, <br><br>       v. <br><br> BIOPURE CORPORATION, THOMAS A. MOORE, and CARL W. RAUSCH, <br><br>               Defendants. | **CIVIL ACTION NO. 1:04-cv-10046-NG** |

| | |
|---|---|
| ISRAEL SHURKIN and SHARON SHURKIN, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>   v.<br><br>BIOPURE CORPORATION, THOMAS A. MOORE, and CARL W. RAUSCH,<br><br>      Defendants. | **CIVIL ACTION NO. 1:04-cv-10055-NG** |
| JAMES J. NIZZO, VIRGINIA C. NIZZO and CARLO CILIBERTI, On Behalf of Themselves and All Others Similarly Situated,<br><br>      Plaintiff,<br><br>   v.<br><br>BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH and RONALD F. RICHARDS,<br><br>      Defendants. | **CIVIL ACTION NO. 1:04-cv-10065-NG** |

| | |
|---|---|
| ANASTASIOS PERLEGIS, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH and RONALD F. RICHARDS,<br><br>    Defendants. | **CIVIL ACTION NO. 1:04-cv-10078-NG** |
| MARTIN WEBER, On Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH and RONALD F. RICHARDS,<br><br>    Defendants. | **CIVIL ACTION NO. 1:04-cv-10090-NG** |
| BRUCE HAIMS, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH and RONALD F. RICHARDS,<br><br>    Defendants. | **CIVIL ACTION NO. 1:04-cv-10144-NG** |

| | |
|---|---|
| MODEL PARTNERS LIMITED, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>    v.<br><br>BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH and RONALD F. RICHARDS,<br><br>     Defendants. | **CIVIL ACTION NO. 1:04-cv-10155-NG** |
| JUNE E. PATENAUDE, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>    v.<br><br>BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH and RONALD F. RICHARDS,<br><br>     Defendants. | **CIVIL ACTION NO. 1:04-cv-10179-NG** |
| NANCY L. PINCKNEY, and GERTRUDE PINCKNEY, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>    v.<br><br>BIOPURE CORPORATION, THOMAS A. MOORE, and CARL W. RAUSCH,<br><br>     Defendants. | **CIVIL ACTION NO. 1:04-cv-10189-NG** |

| | |
|---|---|
| W. KENNETH JOHNSON, On Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH and RONALD F. RICHARDS,<br><br>    Defendants. | **CIVIL ACTION NO. 1:04-cv-10190-NG** |
| GREGORY KRUSZKA, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH and RONALD F. RICHARDS,<br><br>    Defendants. | **CIVIL ACTION NO. 1:04-cv-10202-NG** |

    PLEASE TAKE NOTICE that Class members Bill McCardie and Vincent Riccio ("Movants"), hereby move this Court pursuant to Fed. R. Civ. P. 42(c) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, for an Order: (a) consolidating all of the above actions into one action for all purposes; (b) appointing Movants to serve as lead plaintiffs; and (c) approving Movants' selection of counsel for the Class.

00001843.WPD ; 1

In support of their motion, Movants submit: (a) the Declaration of David Pastor sworn to on March 1, 2004, and annexed exhibits; (b) a Memorandum of Law; and (c) a Proposed Order granting Movants' motion for consolidation, appointment of lead plaintiffs and approval of their selection of lead counsel for the Class.

Dated: March 1, 2004

                                  **GILMAN AND PASTOR, LLP**

                                  */s/ David Pastor*

                                  David Pastor (BBO #391000)
                                  Peter A. Lagorio (BBO #567379)
                                  Stonehill Corporate Center
                                  999 Broadway
                                  Suite 500
                                  Saugus, MA 01906
                                  (781) 231-7850
                                  (781) 231-7840 (facsimile)

                                  **Proposed Liaison Counsel for the Class**

                                  **BERNSTEIN LIEBHARD & LIFSHITZ, LLP**
                                  Sandy A. Liebhard
                                  Joseph R. Seidman, Jr.
                                  10 East 40th Street, 22nd Floor
                                  New York, NY 10016
                                  (212) 779-1414
                                  (212) 779-3218 (facsimile)

                                  **Counsel for Movants and**
                                  **Proposed Lead Counsel for the Class**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of March 2004, I have caused a true and correct copy of the foregoing: Motion for Consolidation of the Related Cases, Appointment of Bill McCardie and Vincent Riccio as Lead Plaintiffs, and for Approval of Their Selection of Lead Counsel, Memorandum of Bill McCardie and Vincent Riccio in Support of Their Motion to Consolidate the Actions, Be Appointed as Lead Plaintiffs and Approve Their Choice of Lead Counsel, Declaration of David Pastor In Support of the Motion to Consolidate the Related Cases, Appoint Bill McCardie and Vincent Riccio as Lead Plaintiffs and to Approve Lead Plaintiffs' Choice of Counsel, (Proposed) Order Consolidating the Related Cases, Appointing Bill McCardie and Vincent Riccio as Lead Plaintiffs and Approving Their Counsel, to be served via first class mail to all counsel on attached service list.

_David Pastor_
David Pastor

00001834.WPD ; 1

*Biopure Corporation Securities Litigation*

Service List

**Plaintiffs' Counsel**

Samuel H. Rudman
Russell J. Gunyan
Cauley Geller Bowman & Rudman, LLP
200 Broadhollow Road, Suite 406
Melville, NY 11747

Marc A. Topaz
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 500
Bala Cynwyd, PA 19004

Jules Brody
Howard T. Longman
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017

Nancy Freeman Gans
Moulton & Gans, P.C.
33 Broad Street, Suite 1100
Boston, MA 02109

Steven G. Schulman
Peter E. Seidman
Sharon M. Lee
Milberg Weiss Bershad Hynes & Lerach LLP
One Pennsylvania Plaza, 49th Floor
New York, NY 10119

Bruce G. Murphy
Law Offices of Bruce G. Murphy
265 Lywyds Lane
Vero Beach, FL 32963

Jeffrey C. Block
Patrick T. Egan
Berman Devalerio Pease Tabacco Burt
   & Pucillo
One Liberty Square, 8th Floor
Boston, MA 02109

Steven J. Toll, Esq.
Julie Goldsmith, Esq.
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005

Daniel L. Berger
Gerald L. Silk
Bernstein Litowitz Berger & Grossman LLP
1285 Avenue of the Americas
New York, NY 10019

Susan R. Strenger
Perkins Smith & Cohen, LLP
One Beacon Street, 30th Floor
Boston, MA 02108

Robert Harwood
Samuel K. Rosen
Wechsler Harwood LLP
488 Madison Avenue, 8th Floor
New York, NY 10022

Marc I. Gross
Pomerantz Haudek Block Grossman
   & Gross LLP
100 Park Avenue, 26th Floor
New York, NY 10017

Charles Piven
Law Offices of Charles Piven
World Trade Center
401 E. Pratt Street, Suite 2525
Baltimore, MD 21202

Richard J. Vita
Law Offices of Richard J. Vita
77 Franklin Street, 3rd Floor
Boston, MA 02110

*Biopure Corporation Securities Litigation*

## Service List

### Plaintiffs' Counsel

Mary T. Sullivan
Segal Roitman & Coleman
11 Beacon Street, Suite 500
Boston, MA 02108

Brian J. Robbins
Jeffrey P. Fink
Robbins Umeda & Fink, LLP
1010 Second Avenue, Suite 2360
San Diego, CA 92101

Richard A. Lockridge
Karen Hanson Reibel
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401

Jack G. Fruchter
Fruchter & Twersky
One Penn Plaza, Suite 1910
New York, NY 10019

Jonathan M. Plasse
Christopher J. Keller
Goodkind Labaton Rudoff & Sucharow
100 Park Avenue, 12th Floor
New York, New York 10017

{00001846.DOC ; 1}
503819v1
02/26/04 09:57